UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Rachelle Stephani, | Civil File No. 09-cv-2439 DWF/RLE |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | **WITH PREJUDICE** |
| Integrity Financial Partners, Inc., Antonio Savedra | |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff Rachelle Stephani ("Plaintiff") and her attorneys and Defendants Integrity Financial Partners, Inc. and Antonio Savdera (collectively "Defendants") and their attorneys that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated:    June 15, 2010                    Dated:    June 16, 2010

By: s/ Nicholas P. Slade                   By: s/ Chris R. Morris
Nicholas P. Slade, Esq.                    Chris R. Morris, Esq.
**Barry & Slade, LLC**                     **Bassford & Remele, P.A.**
Attorney I.D. #0266577                     Attorney I.D. # 0230613
2021 East Hennepin Ave., Ste. 195          33 South Sixth Street, Ste. 3800
Minneapolis, MN 55413                      Minneapolis, MN 55402
Telephone:  (612) 379-8800                 Telephone:  (612) 333-3000
*Attorney for Plaintiff*                   *Attorney for Defendant Integrity*
                                           *Financial Partners, Inc*.

1612602v1

Dated:      June 15, 2010      


By: s/ James R. Bedell
James R. Bedell, Esq.
Attorney I.D. #0351544
**Moss & Barnett, P.A.**
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 877-5000
*Attorney for Defendant Antonio Savedra*