UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rachelle Stephani,                                     Civil No. 09-2439 (DWF/RLE)

          Plaintiff,

v.                                                                    **ORDER FOR DISMISSAL
                                                                      WITH PREJUDICE**

Integrity Financial Partners, Inc.,
and Antonio Savedra,

          Defendants.

---

Nicholas P. Slade, Esq., Barry & Slade, LLC, counsel for Plaintiff.

Michael A. Klutho, Esq., and Christopher R. Morris, Esq., Bassford Remele, PA, counsel for Defendant Integrity Financial Partners, Inc.

James R. Bedell, Esq., and Michael S. Poncin, Esq., Moss & Barnett, PA; and Michelle A. Fox, Esq., Berman & Rabin, P.A., counsel for Defendant Antonio Savedra.

---

      Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. [19]), and all files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that the above-captioned action shall be and is hereby **DISMISSED WITH PREJUDICE** and on the merits without costs, disbursements or attorney fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 16, 2010            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge